UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00151-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THOMAS HAZLETT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se letter, which the Court deems to be a Motion for Early Termination of Probation and Reduction of Monthly Payment Toward Restitution (#55). Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file a Response to defendant's pro se Motion for Early Termination of Probation and Reduction of Monthly Payment Toward Restitution (#55) not later than May 25, 2018.

Signed: May 15, 2018

Max O. Cogburn Jr
United States District Judge